174 A.3d 505

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. C.D., DEFENDANT–
PETITIONER, AND A.H., DEFENDANT. IN THE MATTER OF
THE GUARDIANSHIP OF K.D., A MINOR—RESPONDENT.

C–170 September Term 2017
078827

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001394–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.